NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda McKay,<br><br>            Plaintiff,<br><br>v.<br><br>Maria Mylene Abad, *et al.*,<br><br>            Defendants. | No. CV-15-02367-PHX-JJT<br><br>**ORDER** |

      UPON stipulation of the parties (Doc. 6), and good cause appearing,

      IT IS ORDERED that the above-entitled matter is hereby dismissed without prejudice.

      IT IS FURTHER ORDERED that the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 5) is denied as moot.

      Dated this 3rd day of December, 2015.

_____
Honorable John J. Tuchi
United States District Judge